IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RONALD K. KOTOSHIRODO, Trustee in Bankruptcy for Hawaiian Super Prix, LLC,, | ) ) ) ) | CV 05-00035 DAE LEK |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| CART, INC., ET AL.,, | ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) | |

## ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on August 22, 2006 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 18, 2006.

_____
David Alan Ezra
United States District Judge

cc: all parties of record